John McEntee et al., Respondents, *v.* Anna M. Harrison et al., Executors, etc., Appellants.

(Argued June 5, 1874; decided September 22, 1874.)

This was an action to recover damages for the conversion of a steam engine, boiler, etc., sold by one Dillon, plaintiffs' assignor, to one John F. Smith, conditionally, the title to remain in Dillon until paid for. Defendants alleged, and their evidence tended to show, that the property was transferred by Smith to their testator, Thomas Scott, and was annexed to real estate belonging to the latter. *Held*, that if the legal effect of what was done was to convert the property into realty, it simply established a conversion; and while it might afford a reason why an action to recover the possession of the property could not be maintained, was no answer to an action to recover damages for the conversion.

*J. E. Van Etten* for the appellants.

*A. Schoonmaker, Jr.*, for the respondents.

Johnson, J., reads for affirmance.
All concur.
Judgment affirmed.